Scanned at Pinckneyville CC and e-mailer
10/17/22 by CB  2 pages

UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

NOBERTO TORRES,  )
    PETITIONER  )
 )
 )  CASE NO. 3:19-cv-00248-SPM
 )
BROOKMAN et, al.  )
    RESPONDENT.  )

## CERTIFICATE OF SERVICE

I hereby certify that on October ___ of 2022 the foregoing document, <u>Plaintiff's Notice Of Appeal</u> was electronically sent to The United States District Court by the system set in place at Pinckneyville Correctional Center's Law Library.

Respectfully Submitted,

NOBERTO TORRES, #R-74153
PINCKNEYVILLE, CORRECTIONAL CENTER
5835 State Route 154
Pinckneyville, Il 62274

NOBERTO TORRES
PLAINTIFF, PRO-PER

UNITED STATES DISTRICT COURT

FOR THE SOUTHERN DISTRICT OF ILLINOIS

NOBERTO TORRES,

PETITIONER

VS.

NOTICE OF APPEAL
CASE NO. 3:19-cv-00248-SPM

BROOKMAN et, al.,

RESPONDENT

### NOTICE OF APPEAL

Notice is hereby given that NOBERTO TORRES, above named, appeals to the United States Court of Appeals for the 7th Circuit from the SOUTHERN DISTRICT OF ILLINOIS ON A JUDGEMENT ENTERED AND APPROVED BY JUDGE STEPHEN P. McGLYNN ON 9/15/2022

(attach extra page if necessary)

entered in this action on 9/15/2022.

Respectfully Submitted,

/s/ [signature]

Subscribed and Sworn To Before Me

This 14th Day of October, 2022

[signature] Dana Newton
NOTARY   PUBLIC   SEAL

DANA NEWTON
OFFICIAL SEAL
Notary Public - State of Illinois
My Commission Expires Aug 19, 2024



Scanned at Pinckneyville CC and e-mailed

10/17/22 by CB  2 pages
Date  Initials  No.

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF ILLINOIS
prisoner.esl@ilsd.uscourts.gov

ELECTRONIC FILING COVER SHEET

Please complete this form and include it when submitting any type of document, letter, pleading, etc. to the U.S. District Court for the Southern District of Illinois for review and filing.

Norberto Torres        R74153
Name                   ID Number

Please answer questions as thoroughly as possible and circle yes or no where indicated.

1. Is this a new civil rights complaint or habeas corpus petition?     Yes or **No**

   If this is a habeas case, please circle the related statute:  28 U.S.C. 2241 or 28 U.S.C. 2254

2. Is this an Amended Complaint or an Amended Habeas Petition?     Yes or **No**

   If yes, please list case number: _____

   If yes, but you do not know the case number mark here: _____

3. Should this document be filed in a pending case?     **Yes** or No

   If yes, please list case number: 19-CV-00248-SPM

   If yes, but you do not know the case number mark here: _____

4. Please list the total number of pages being transmitted: 2

5. If multiple documents, please identify each document and the number of pages for each document. For example: Motion to Proceed In Forma Pauperis, 6 pages; Complaint, 28 pages.

| Name of Document | Number of Pages |
|---|---|
| Notice of Appeal | 2 |
|  |  |
|  |  |

Please note that discovery requests and responses are NOT to be filed, and should be forwarded to the attorney(s) of record. Discovery materials sent to the Court will be returned unfiled.